No counsel marked for appellant. R. C. BRICKELL, Attorney General, and T. H. SEAY, for appellee.

WALKER, P. J.—No error in the record. Affirmed.

---

## SCHRIMSCHER V. THE STATE.

(Decided Feb. 8, 1912.)

APPEAL from Madison Law and Equity Court.
Heard before Hon. JAMES H. BALLENTINE.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. No error of record. Affirmed.

---

## SWIMMS, ET AL. V. CITY OF FLORENCE.

(Decided Feb. 8, 1912.)

APPEAL from Lauderdale Circuit Court.
Heard before Hon. C. P. ALMON.
No counsel marked for either party.
Per curiam. Affirmed on certificate.

---

## TUBBS V. NASHVILLE WOODEN WARE CO.

(Decided Feb. 8, 1912.)

APPEAL from Colbert Circuit Court.
Heard before Hon. C. P. ALMON.

JACKSON & DELONEY, for appellant. ALLEN ROULHAC, for appellee.

Per curiam. Dismissed for want of assignment of errors.